FILED
August 3, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     MV
                Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | **Case No: EP:22-CR-01292-DCG** |
| Plaintiff, | § | **S E A L E D** |
| v. | § § | **INDICTMENT** |
| DELIA ESQUIVEL, | § § | CT 1:  18 U.S.C. § 1709 – Theft of Mail by Postal Employee |
| Defendant. | § § § | |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
**(18 U.S.C. § 1709)**
**EMBEZZLEMENT/THEFT OF MAIL MATTER BY POSTAL SERVICE EMPLOYEE**

On or about October 20, 2021, in the Western District of Texas and elsewhere, Defendant,

**DELIA ESQUIVEL,**

being an employee of the United States Postal Service, did unlawfully embezzle, steal, abstract, and remove from letters, greeting cards, and mail containing mail matter approximately $160 in cash, which said letters, greeting cards, and mail containing mail matter had lawfully been entrusted to her and which were intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service all in violation of Title 18, United States Code, Section 1709.

TRUE BILL

Foreperson

ASHLEY C. HOFF
United States Attorney

BY: _____
Assistant United States Attorney